Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of Wisconsin

| | | |
|---|---|---|
| In re | Juan M Sanchez, Jr. dba Prestigious Motors, LLC and Minerva I Sanchez dba Prestigious Motors, LLC <br> *[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]* | ) <br> ) <br> ) <br> ) <br> ) |
| | Debtor | ) Case No. <br> ) 19-26172-kmp |
| Address | 5208 Millbank Rd, Greendale, WI 53129 | ) <br> ) |
| | | ) Chapter <br> ) 7 |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 3485, 0219 | | ) <br> ) |
| Employer's Tax Identification (EIN) No(s).(if any): | | ) <br> ) |

## NOTICE OF MOTION OF MTGLQ INVESTORS, L.P. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT

MTGLQ Investors, L.P., the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), has filed papers with the court for an order for relief from the automatic stay and abandonment.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>July 30, 2019</u>, you or your attorney must:

File with the court a written objection to the motion and a request for a hearing at:

        Clerk, U.S. Bankruptcy Court
        U.S. Courthouse
        517 E. Wisconsin Avenue, Room 126
        Milwaukee, WI 53202-4500

If you mail your request and objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

>Christopher C. Drout
>Gray & Associates, L.L.P.
>16345 West Glendale Drive
>New Berlin, WI 53151-2841
>
>Andrew N. Herbach
>Chapter 7 Trustee
>1800 E Howard Ave
>Milwaukee, WI 53207-4000

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: July 16, 2019        Signature: /s/ Christopher C. Drout

Name:    Christopher C. Drout

Address: Gray & Associates, L.L.P.

         16345 West Glendale Drive

         New Berlin, WI 53151-2841

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Juan M Sanchez, Jr. dba Prestigious Motors, LLC<br>and Minerva I Sanchez dba Prestigious Motors, LLC<br><br>Debtors. | Chapter: 7<br><br>Case No. 19-26172-kmp |

**MOTION OF MTGLQ INVESTORS, L.P. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

MTGLQ Investors, L.P., the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), through its attorneys, Gray & Associates, L.L.P., hereby moves the court for an order for relief from the automatic stay and abandonment pursuant to sections 362(d) and 554(b) of the Bankruptcy Code and alleges as follows:

1. The movant holds a promissory note and mortgage encumbering real property owned by the debtor(s) and located at 5208 Millbank Rd, Greendale, WI 53129. A copy of the note and mortgage are being electronically filed with the court simultaneously with this motion and their contents are incorporated herein by reference. Copies of these and any other documents electronically filed in support of this motion are available upon request to counsel for the movant.

2. That the mortgage loan for which the movant has a secured interest is in default for all payments coming due on and after December 1, 2015 and, unless cured, said default will result in the subject property being sold at a foreclosure sale.

3. That the default in payments constitutes "cause" for terminating the automatic stay under

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

section 362(d)(1) of the Bankruptcy Code.

4. That failure to make the monthly payments has resulted in the loss of adequate protection of the movant's interest in the encumbered property, thereby entitling the movant to relief from the automatic stay under section 362(d)(1) of the Bankruptcy Code.

5. That the estimated fair market value of the property according to the local assessor's office is $207,900.00.

6. That as of June 28, 2019, the total amount due the movant was approximately $227,329.26.

7. That there is no equity in the property over and above the liens of the secured creditors, the exemptions claimed by the debtor(s), unpaid real estate taxes and other liens of record. The lack of equity in the property, which is unnecessary for an effective reorganization, entitles the movant to relief from the automatic stay under section 362(d)(2) of the Bankruptcy Code.

8. The allegations of the foregoing paragraphs indicate that the property is burdensome and of inconsequential value and benefit to the bankruptcy estate. The trustee should be ordered to abandon the estate's interest, if any, in the property pursuant to section 554(b) of the Bankruptcy Code, while reserving the estate's interest in any surplus funds which might exist if the property is sold and the movant has been paid in full.

WHEREFORE, the movant requests that the automatic stay as it pertains to the debtor(s), the estate and the property be terminated pursuant to section 362(d) of the Bankruptcy Code so that the movant may protect, exercise and enforce its rights pursuant to said note and mortgage and that the court enter an order of abandonment regarding the property pursuant to section 554(b) of the Bankruptcy Code, that any order entered pursuant to this motion be effective immediately upon its entry and for such further relief as may be just and equitable.

Dated this 16th day of July, 2019.

Gray & Associates, L.L.P.
Attorneys for Movant

By: _____
Christopher C. Drout
State Bar No. 1049882

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Juan M Sanchez, Jr. dba Prestigious Motors, LLC
and Minerva I Sanchez dba Prestigious Motors, LLC

Debtors.

Chapter: 7

Case No. 19-26172-kmp

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, the notice of motion and motion for an order for relief from the automatic stay and abandonment was electronically filed in this case and served upon the following parties using the ECF system:

Andrew N. Herbach Trustee

Eastern District U.S. Trustee

T. Michael Barrett

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

See Attached List

Dated this 16th day of July, 2019.

Dean Plank, Bankruptcy Analyst
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.