THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 21, 2019

Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Juan M Sanchez Jr. dba Prestigious Motors, LLC<br>and Minerva I. Sanchez dba Prestigious Motors, LLC<br><br>Debtors. | Chapter: 7<br><br>Case No. 19-26172-kmp |

**ORDER GRANTING MOTION OF MTGLQ INVESTORS, L.P. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of MTGLQ Investors, L.P. for an order for relief from the automatic stay and abandonment with respect to the property located at 5208 Millbank Rd, Greendale, WI 53129-1238, this matter was heard on August 20, 2019, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtors appearing through Attorney at Law, by T. Michael Barrett, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is stayed until the expiration of 14 days after the entry of the order pursuant to Bankruptcy Rule 4001(a)(3).

#####